■ CLARA GLICKMAN et al., v. YONKERS RACEWAY, INC., et al. YONKERS RACEWAY, INC. v. PINKERTON'S NATIONAL DETECTIVE AGENCY, INC.— Motion by defendant-respondent Dunwoodie Parking Service, Inc. to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.